In the Matter of the Petition of WILLIAM J. KENNEDY, Individually and as Executor and Trustee, etc., of JOHN E. KENNEDY, Deceased,† SUSAN V. TUOHY, Individually and as Administratrix, etc., and Others, Appellants; WILLIAM J. KENNEDY, Individually and as Executor, etc., and Others, Respondents.— Decree of the Surrogate's Court of Kings county reversed upon the law, without costs, in so far as it construes the will, and decree directed construing the will as giving to the decedent's widow her dower right in the real property and one-half of the testator's personal estate plus the sum of $2,000.    Young, Rich and Kapper, JJ., concur; Carswell, J., dissents and votes to affirm; Hagarty, J., not voting.    Settle order on notice.

WILLIAM A. JOHNSON, Appellant, v. BLACK DIAMOND STEAMSHIP COMPANY and Another, Respondents.— Judgment modified by providing therein that the dismissal of the complaint is without prejudice, and as so modified affirmed, without costs.    Rich, Hagarty and Carswell, JJ., concur; Lazansky, P. J., and Young, J., dissent, being of opinion that plaintiff established a cause of action for the consideration of the jury.

MADELINE KLINE, Appellant, v. HARRY KLINE, Respondent.— Judgment modified by awarding the custody of the child of the marriage to plaintiff, with defendant's right of visitation and limited custody as provided in the order of January 21, 1926 (see same at folios 685–692); and as so modified, judgment affirmed, without costs.*    We are of opinion that the record shows no facts since the making of the said order that necessitated a change of custody.    We reverse such findings of fact and the conclusion of law relating to the custody of the child as are inconsistent herewith.    Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ., concur.    Settle order on notice.

CATHERINE L. O'CONNOR, as Administratrix, etc., of JOHN H. O'CONNOR, Deceased, Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Appellant.— Judgment and order reversed upon the law and a new trial granted, costs to appellant to abide the event, because of errors in the charge of the court at folios 950, 951, 1006, 1007 and 1019 of the record.    Rich, Kapper and Carswell, JJ., concur; Lazansky, P. J., and Young, J., dissent.

ANTHONY PETRO, Respondent, v. BANG SERVICE STATIONS, INC., Appellant.— Judgment and order denying defendant's motion for a new trial affirmed, with costs.    No opinion.    Lazansky, P. J., Rich, Young and Kapper, JJ., concur; Hagarty, J., not voting.

---

* Judgment decreeing separation to defendant modified by awarding general custody of infant male child aged five years and over to plaintiff with limited fixed custody to defendant.

† Revd., 248 N. Y. 399.        ‡ Affd., 248 N. Y. 586.